AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DARIAN SMITH | ) | Case No.  8:24-mj-02360-TJS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/14/2023 through 3/13/2024__ in the county of __St. Mary's__ in the
District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1703 (10 counts) | did, without authority, knowingly and unlawfully open mail not directed to him. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

S.A. Robert Emmons, USPS OIG
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: September 23, 2024 at 2:07 p.m.

*Judge's signature*

City and state: Greenbelt, Maryland

Timothy J. Sullivan, Chief U.S. Magistrate Judge
*Printed name and title*